# ALABAMA COURT OF CRIMINAL APPEALS



**April 19, 2024**

**CR-2023-0467**

Gregory Wayne Carver v. State of Alabama (Appeal from Houston Circuit Court:
CC-15-60.60)

## NOTICE

You are hereby notified that on April 19, 2024, the following action was taken
in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk